| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | 2009 DEC 23 AM 10: 05 |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **04-02289** |
| In re:<br>**CRAIG MASAYUKI MURATA**<br><br>Debtor(s). | Chapter: 13 |
| **NOTICE OF DEPOSIT OF UNCLAIMED FUNDS** | |
| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 34.63 |

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **008** | IMPACT FINANCIAL SERVICE<br>46-001 KAM HWY., STE. 308<br>KANEOHE, HI 96744 | $ 34.63 | $ 34.63 |
| | | $ | $ |
| | | $ | $ |

[*Attach continuation sheets if necessary.*]

Date: December 23, 2009          /s/ _____
                                   Trustee

hib_3011    5/05